Brian N. Platt (#17099)
bplatt@wnlaw.com
Roger McConkie (#5513)
rmcconkie@wnlaw.com
Ted Cundick (#10451)
tcundick@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Defendants Seth Larsen and Canvas Cutter LLC and Counterclaimant Canvas Cutter LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| TYLER OLSEN, and BRONCS & DONKS,<br>    Plaintiff,<br><br>vs.<br><br>SETH LARSEN, an individual, and CANVAS CUTTER, LLC, a Utah limited liability company,<br>    Defendants. | Case No: _____<br><br>**NOTICE OF REMOVAL**<br><br>**JURY DEMANDED**<br><br>Judge _____ |
| CANVAS CUTTER, LLC,<br><br>        Counterclaim Plaintiff,<br><br>vs.<br><br>TYLER OLSEN and BRONCS & DONKS,<br><br>        Counterclaim Defendants. | |

TO:   THE UNITED STATES DISTRICT COURT
       DISTRICT OF UTAH, SOUTHERN DIVISION

1.    Seth Larsen and Canvas Cutter (the "Defendants") are the named defendants in a civil action filed on October 19, 2023 in the Seventh Judicial District Court in and for Emery County, State of Utah (the "State Action"). Pursuant to provisions of 28 U.S.C. §§ 1441 and 1446, the Defendants hereby remove this action to the United States District Court for the District of Utah, Southern Division, which is the judicial district and division in which the State Action is pending.

2.    The grounds for removal of the State Action are:

(a)    This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States within the meaning of 28 U.S.C. § 1331 and 1338.

(b)    In particular, Defendant brings compulsory counterclaims of Copyright Infringement claims pursuant to 17 U.S.C. § 501 *et seq* over which federal district courts hold exclusive jurisdiction.

3.    This Notice of Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff's complaint, filed on October 19, 2023, in the Seventh Judicial District Court of Emery County, was first served on Defendant on no earlier than October 25, 2023. The Notice of Removal is thus filed within 30 days of service or receipt of the complaint in this action by any Defendant and is, therefore, timely filed under 28 U.S.C. § 1446(b).

4.      Pursuant to the provisions of 28 U.S.C. § 1446(a), Defendants attach to this notice and incorporates by reference copies of the following papers, which are all the process, pleadings, and orders received by any Defendant prior to removal of this action:

(a)      The Complaint styled *Tyler Olsen, et al., v. Seth Larsen, et al.*, Seventh Judicial District Court in and for Emery County, State of Utah, Case No. 230700051, filed October 19, 2023, attached as Exhibit 1;

(b)      The Summons to Defendants first received by Defendants no earlier than October 25, 2023 attached as Exhibit 2;

(c)      Defendants' Answer and Counterclaim, filed in the state court case on November 22, 2023 attached as Exhibit 3; and

(d)      A copy of the current state docket sheet attached as Exhibit 4.

5.      Defendants will promptly file the Notice of Removal in the Court in which the State Action is pending and will promptly serve Plaintiff.

DATED this 24th day of November, 2023.

                          WORKMAN NYDEGGER

                          */s/ Brian N. Platt*
                          Brian N. Platt
                          Roger J. McConkie
                          T. Edward Cundick

                          *Attorneys for Defendants and Counterclaimant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of November, 2023, I electronically filed the foregoing **NOTICE OF REMOVAL** using the CM/ECF system and served such filing on Plaintiffs/ Counterclaim Defendants as follows:

Michael D. Olsen
P.O. Box 608
Orangeville, Utah 84537
mikeolsenlaw@gmail.com

Attorney for Plaintiffs/Counterclaim Defendants

                                        */ Brian N. Platt /*